Estate of John M. Evans, deceased, in the matter of Mary Evans, a Minor.    Appeal of Evan M. Evans.

Argued Jan. 11, 1898. Appeal, No. 20, Jan. T., 1898, by Evan M. Evans, from decree of O. C. Luzerne Co., No. 198 of 1890, surcharging guardian of Mary Evans. Before RICE, P. J., WICKHAM, BEAVER, ORLADY, SMITH and PORTER, JJ. Affirmed.

The facts in this case sufficiently appear from the report of the preceding case.

*John T. Lenahan*, for appellant.

*A. Ricketts*, for appellee.

OPINION BY PORTER, J., March 21, 1898:

For the reasons given in the opinion this day filed in the matter of the appeal of Evan M. Evans, guardian of Lizzie Evans, the decree in this appeal is affirmed.